## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| Paul Lewis, ) | | |
| Plaintiff, ) | Case No: 3:15 cv 50020 | |
| ) | | |
| v. ) | | |
| ) | Magistrate Judge: Iain D. Johnston | |
| S.A. Godinez, et al. ) | | |
| Defendants. ) | | |

### ORDER

Status hearing held on 1/15/2015. Plaintiff was not present. It is this Court's Report and Recommendation that the case be dismissed for want of prosecution due to the plaintiff's failure to appear in court, the plaintiff's failure to notify the Court of his location and the defendants' representation that the plaintiff would like to dismiss the case. Any objection to this order must be filed by 1/29/2016. Failure to object may constitute a waiver of objections on appeal. See *Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:04)

Date:  January 15, 2016                     /s/ Iain D. Johnston
                                            U.S. Magistrate Judge