IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Paul Lewis (M-41423), | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | Case No. 15 C 50020 |
| v. | ) | |
| | ) | Judge Frederick J. Kapala |
| S.A. Godinez, et al., | ) | |
| Defendants. | ) | |

## ORDER

On January 15, 2016, Magistrate Judge Johnston issued a Report and Recommendation that this case be dismissed for want of prosecution. [46] Any objection was to be filed by January 29, 2016, and no objection has been received. Finding no error, the Court adopts the Report and Recommendation in full. This case is dismissed with prejudice for want of prosecution. *See Fed. Election Comm'n v. Al Salvi for Senate Comm.*, 205 F.3d 1015, 1018 (7th Cir. 2000) (court has authority both inherently and under Rule 41(b) to dismiss a case as a sanction for noncompliance with a court order). This case is terminated.

Date:   February 8, 2016